UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| NOSAL, ARTUR T. | § | Case No. 12-06944 |
| NOSAL, EDYTA M. | § § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/23/2012 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/31/2012           By: /s/ Barry A. Chatz, Trustee
                                          Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:  
Artur T. Nosal  
Edyta M. Nosal  
      Debtors

Case No. 12-06944-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: tmaurer     Page 1 of 3     Date Rcvd: Sep 26, 2012  
                Form ID: pdf006     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2012.

```
db/jdb       +Artur T. Nosal,   Edyta M. Nosal,   12976 South Mayfair Drive,   Lemont, IL 60439-4682
18529571      Alternative Collections, LLC,   3842 Harlem Road,   Suite 341,   Buffalo, NY 14215-1935
18910062     +Atlas Acquisitions LLC  (HSBC BANK NEVADA, N.A.),   294 Union St.,   Hackensack, NJ 07601-4303
18529572      Bank of America,   P.O. Box 15027,   Wilmington, DE 19850-5027
18529573     +Biehl & Biehl, Inc.,   325 East Fullerton Avenue,   Carol Stream, IL 60188-1865
18529574      Blatt, Hasenmiller, Leibsker & Moore,   125 South Wacker Drive,   Suite 400,
               Chicago, IL 60606-4440
18529575     +CACH, LLC,   c/o Scott Lowery Law Office, P.C.,   1422 East 71st Street,   Suite B,
               Tulsa, OK 74136-5060
18529577      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
18529578      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
18529579      Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-6000
18529581     +Codilis & Associates, P.C.,   15W030 North Frontage Road,   Suite 100,
               Burr Ridge, IL 60527-6921
19031554      FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
18529584     +First National Bank Omaha,   P.O. Box 2557,   Omaha, NE 68103-2557
18529586     +HSBC Bank USA, NA,   Codilis & Associates PC,   15W030 N Frontage Rd,   Ste 100,
               Burr Ridge IL 60527-6921
18529588     +JX Enterprises,   820 Silvernail Road,   Suite B,   Pewaukee, WI 53072-5586
18529589     +JX Financial, Inc.,   820 Silvernail Road,   Suite B,   Pewaukee, WI 53072-5586
18529587     +John C. Bonewicz, P.C.,   8001 North Lincoln Avenue,   Suite 402,   Skokie, IL 60077-3657
18529590     +LTD Financial Services, L.P.,   7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2053
18529591     +Michael Davis Weis, Esq.,   PO Box 1166,   Northbrook, IL 60065-1166
18529593     +NES - National Enterprise Systems,   29125 Solon Road,   Solon, OH 44139-3442
18529595     +Northland Group, Inc.,   7831 Glenroy Road, Suite 250,   Edina, MN 55439-3132
18529596    ++PACCAR FINANCIAL CORP,   P O BOX 1518,   BELLEVUE WA 98009-1518
             (address filed with court: PACCAR Financial Corp.,   P.O. Box 1518,   Bellevue, WA 98009-1518)
18529598     +PNC Bank,   6 North Main Street,   Dayton, OH 45402-1908
18529597     +Phillips and Cohen Associates, Ltd.,   1002 Justison Street,   Wilmington, DE 19801-5148
18529599     +Target National Bank,   c/o Target Credit Services,   PO Box 1581,   Minneapolis, MN 55440-1581
18529600      Wells Fargo Home Mortgage, Inc.,   MAC X0501-034,   1003 East Brier Drive,
               San Bernardino, CA 92408-2862
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18812884     +E-mail/Text: bnc@atlasacq.com Sep 27 2012 02:08:23     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
18529576     +E-mail/Text: cms-bk@cms-collect.com Sep 27 2012 02:10:05     Capital Management Services, Inc.,
               726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
18916242      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2012 03:26:04     Citibank, N.A.,
               c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
18920773      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 27 2012 02:38:11     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18529582      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 27 2012 02:38:11     Discover Financial Services,
               P.O. Box 3025,   New Albany, OH 43054-3025
18529583      E-mail/Text: bknotice@erccollections.com Sep 27 2012 02:13:46     Enhanced Recovery Corporation,
               8014 Bayberry Road,   Jacksonville, FL 32256-7412
18529585     +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2012 04:09:39     GE Money Bank,
               Attn: Bankruptcy Dept.,   P.O. Box 103106,   Roswell, GA 30076-9106
18529592     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2012 01:48:48     Midland Credit Management, Inc.,
               8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
18529594     +E-mail/Text: bnc@nordstrom.com Sep 27 2012 01:47:21     Nordstrom,   P.O. Box 6555,
               Englewood, CO 80155-6555
                                                                                              TOTAL: 9
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
18919510*    +Midland Credit Management, Inc.,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
18529580    ##+Citimortgage, Inc.,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: tmaurer              Page 2 of 3              Date Rcvd: Sep 26, 2012
                              Form ID: pdf006            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2012**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1         User: tmaurer              Page 3 of 3             Date Rcvd: Sep 26, 2012
                             Form ID: pdf006            Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2012 at the address(es) listed below:

        Allan J DeMars   on behalf of Trustee Barry Chatz alland1023@aol.com
        Barry A Chatz   bachatz@arnstein.com,
        bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
        Gregory K Stern   on behalf of Debtor Artur Nosal gstern1@flash.net,
        steve_horvath@ilnb.uscourts.gov
        Joel P Fonferko   on behalf of Creditor  HSBC Bank USA, National Association as Trustee for Wells
        Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR12
        ND-Two@il.cslegal.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                  TOTAL: 5