UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
NOSAL, ARTUR T. § Case No. 12-06944
NOSAL, EDYTA M. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:      Claims Discharged
                    Without Payment:

Total Expenses of Administration:

---

   3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/BARRY A. CHATZ _____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| ALLAN J. DEMARS | | | | | |
| ALLAN J. DEMARS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Alternative Collections, LLC 3842 Harlem Road Suite 341 Buffalo, NY 14215-1935 |  |  |  |  |  |
|  | Bank of America P.O. Box 15027 Wilmington, DE 19850-5027 |  |  |  |  |  |
|  | Biehl & Biehl, Inc. 325 East Fullerton Avenue Carol Stream, IL 60188 |  |  |  |  |  |
|  | Blatt, Hasenmiller, Leibsker & Moore 125 South Wacker Drive Suite 400 Chicago, IL 60606-4440 |  |  |  |  |  |
|  | CACH, LLC c/o Scott Lowery Law Office, P.C. 1422 East 71st Street Suite B Tulsa, OK 74136 |  |  |  |  |  |
|  | Capital Management Services, Inc. 726 Exchange Street Suite 700 Buffalo, NY 14210 |  |  |  |  |  |
|  | Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase P.O. Box 15298 Wilmington, DE 19850-5298 |  |  |  |  |  |
|  | Citi Cards P.O. Box 6000 The Lakes, NV 89163-6000 |  |  |  |  |  |
|  | Citi Cards P.O. Box 6000 The Lakes, NV 89163-6000 |  |  |  |  |  |
|  | Discover Financial Services P.O. Box 3025 New Albany, OH 43054-3025 |  |  |  |  |  |
|  | Enhanced Recovery Corporation 8014 Bayberry Road Jacksonville, FL 32256-7412 |  |  |  |  |  |
|  | Enhanced Recovery Corporation 8014 Bayberry Road Jacksonville, FL 32256-7412 |  |  |  |  |  |
|  | First National Bank Omaha P.O. Box 2557 Omaha, NE 68103-3557 |  |  |  |  |  |
|  | GE Money Bank Attn: Bankruptcy Dept. P.O. Box 103106 Roswell, GA 30076 |  |  |  |  |  |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Bank Nevada, NA P.O. Box 5244 Carol Stream, IL 60197-5244 | | | | | |
| | JX Enterprises 820 Silvernail Road Suite B Pewaukee, WI 53072 | | | | | |
| | JX Financial, Inc. 820 Silvernail Road Suite B Pewaukee, WI 53072 | | | | | |
| | John C. Bonewicz, P.C. 8001 North Lincoln Avenue Suite 402 Skokie, IL 60077 | | | | | |
| | LTD Financial Services, L.P. 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | | | | | |
| | Michael Davis Weis, Esq. PO Box 1166 Northbrook, IL 60065 | | | | | |
| | Midland Credit Management, Inc. 8875 Aero Drive Suite 200 San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Management, Inc. 8875 Aero Drive Suite 200 San Diego, CA 92123 | | | | | |
| | Midland Credit Management, Inc. 8875 Aero Drive Suite 200 San Diego, CA 92123 | | | | | |
| | NES - National Enterprise Systems 29125 Solon Road Solon, OH 44139 | | | | | |
| | Nordstrom P.O. Box 6555 Englewood, CO 80155 | | | | | |
| | Nordstrom P.O. Box 6555 Englewood, CO 80155 | | | | | |
| | Northland Group, Inc. 7831 Glenroy Road, Suite 250 Edina, MN 55439 | | | | | |
| | PACCAR Financial 1901 N. Roselle Road Suite 900 Schaumburg, IL 60195 | | | | | |
| | PNC Bank 6 North Main Street Dayton, OH 45402 | | | | | |
| | PNC Bank 6 North Main Street Dayton, OH 45402 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank 6 North Main Street Dayton, OH 45402 | | | | | |
| | Phillips and Cohen Associates, Ltd. 1002 Justison Street Wilmington, DE 19801 | | | | | |
| | Target National Bank c/o Target Credit Services PO Box 1581 Minneapolis, MN 55450-1581 | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (HSBC BANK N | | | | | |
| 000002 | CITIBANK, N.A. | | | | | |
| 000006 | DISCOVER BANK | | | | | |
| 000008 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000004 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000005 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000007 | PACCAR FINANCIAL CORP. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-06944 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | NOSAL, ARTUR T. | | | Date Filed (f) or Converted (c): | 02/24/12 (f) |
| | NOSAL, EDYTA M. | | | 341(a) Meeting Date: | 04/17/12 |
| For Period Ending: | 01/09/13 | | | Claims Bar Date: | 08/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12976 South Mayfair Drive, Lemont, Illinois - Sing | 470,000.00 | 0.00 | | 0.00 | FA |
| 2. 630 Sedge Meadow, Romeoville, Illinois - Single Fa | 158,300.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 85.00 | 85.00 | | 0.00 | FA |
| 4. Financial Accounts | 200.00 | 200.00 | | 0.00 | FA |
| 5. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 6. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods | 1,600.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Furs and Jewelry | 75.00 | 75.00 | | 0.00 | FA |
| 10. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 11. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 12. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 13. Vehicles | 11,950.00 | 9,550.00 | | 3,000.00 | FA |
| 14. Vehicles | 7,675.00 | 5,275.00 | | 3,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $650,885.00 | $15,185.00 | | $6,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets liquidated; claims reviewed; prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/12   Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-06944 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | NOSAL, ARTUR T. | Bank Name: | Congressional Bank |
| | NOSAL, EDYTA M. | Account Number / CD #: | *******7375  Checking Account |
| Taxpayer ID No: | *******5281 | | |
| For Period Ending: | 01/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/12/12 | 13, 14 | ARTUR T. & EDYTA M. NOSAL | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 6,000.00 | | 6,000.00 |
| 11/01/12 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Expense | | | 1,379.00 | 4,621.00 |
| | | | Fees           1,350.00 | 2100-000 | | | |
| | | | Expenses          29.00 | 2200-000 | | | |
| 11/01/12 | 003002 | Allan J. DeMars<br>Spiegel & DeMars<br>100 West Monroe Street<br>Suite 910<br>Chicago, IL 60603 | ATTORNEY FOR TRUSTEE | | | 1,319.95 | 3,301.05 |
| | | | Fees           1,305.00 | 3210-000 | | | |
| | | | Expenses          14.95 | 3220-000 | | | |
| 11/01/12 | 003003 | ATLAS ACQUISITIONS LLC (HSBC BANK NEVADA, N.A.)<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Claim 000001, Payment 3.19% | 7100-000 | | 19.81 | 3,281.24 |
| 11/01/12 | 003004 | CITIBANK, N.A.<br>C/O AMERICAN INFOSOURCE LP<br>PO BOX 248840<br>OKLAHOMA CITY, OK 73124-8840 | Claim 000002, Payment 3.19% | 7100-000 | | 1,045.22 | 2,236.02 |
| 11/01/12 | 003005 | MIDLAND CREDIT MANAGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO, CA 92123 | Claim 000003, Payment 3.19% | 7100-000 | | 165.22 | 2,070.80 |
| 11/01/12 | 003006 | MIDLAND CREDIT MANAGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO, CA 92123 | Claim 000004, Payment 3.19% | 7100-000 | | 678.81 | 1,391.99 |

Page Subtotals         6,000.00         4,608.01

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-06944 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | NOSAL, ARTUR T. | | Bank Name: | Congressional Bank |
| | NOSAL, EDYTA M. | | Account Number / CD #: | *******7375  Checking Account |
| Taxpayer ID No: | *******5281 | | | |
| For Period Ending: | 01/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/01/12 | 003007 | MIDLAND CREDIT MANAGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO, CA 92123 | Claim 000005, Payment 3.19% | 7100-000 | | 412.91 | 979.08 |
| 11/01/12 | 003008 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000006, Payment 3.19% | 7100-000 | | 519.17 | 459.91 |
| 11/01/12 | 003009 | PACCAR FINANCIAL CORP.<br>P.O. BOX 1518<br>BELLEVUE, WA 98009-1518 | Claim 000007, Payment 3.19% | 7100-000 | | 356.58 | 103.33 |
| 11/01/12 | 003010 | FIA CARD SERVICES, N.A.<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000008, Payment 3.19% | 7100-000 | | 103.33 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 6,000.00 | 6,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 6,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 6,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7375 | 6,000.00 | 6,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 6,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        1,391.99

Ver: 17.01

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 12-06944 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | NOSAL, ARTUR T. | Bank Name: | Congressional Bank |
| | NOSAL, EDYTA M. | Account Number / CD #: | *******7375  Checking Account |
| Taxpayer ID No: | *******5281 | | |
| For Period Ending: | 01/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 17.01